IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Tri-Valley Corporation, *et al.,*[1]<br>                                        Debtors | Chapter 7<br><br>Case No. 12-12291 (MFW) |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.,*<br>                                        Plaintiff,<br>vs.<br><br>Flyres Energy LLC,<br>                                        Defendant. | Adv. Proc. No.: 14-50451 (MFW) |

## MEDIATION STATUS REPORT

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____    Mediation session is scheduled to occur on _____.

_____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____    OTHER:

__X__    The matter has been settled.

MEDIATOR

Dated: September 𝟚𝟙 , 2015

Bradford J. Sandler (Bar No. 4142)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: bsandler@pszjlaw.com

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas Co., and Select Resources Corporation, Inc.

DOCS_DE:201919.1 09488/004